1    PAUL ANTHONY MARTIN
Acting United States Attorney
2    District of Arizona

3    ANGELA W. WOOLRIDGE
Assistant United States Attorney
4    Arizona State Bar No. 022079
United States Courthouse
5    405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
6    Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
7    Attorneys for Plaintiff

FILED

2021 APR 14 PM 4: 32

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR21-00683 TUC-RM(JR)**

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 10   United States of America, | No. |
| 11         Plaintiff, | **INDICTMENT** |
| 12   vs. | VIO:   18 U.S.C. § 554(a) |
| 13   Jesus Ramon Castro Quinonez, | (Smuggling Goods from the United States) |
| 14         Defendant. | |

15

16   **THE GRAND JURY CHARGES:**

17       On or about December 17, 2020, in the District of Arizona, Defendant JESUS

18   RAMON CASTRO QUINONEZ knowingly and fraudulently exported and sent from the

19   United States, and attempted to export and send from the United States, any merchandise,

20   article, or object contrary to any law or regulation of the United States, and received,

21   concealed, bought, sold, and in any manner facilitated the transportation, concealment, and

22   sale of such merchandise, article or object, that is: 100 .223 caliber magazines, 50 AK-47

23   rifle magazines, three .50 caliber gun magazines, two 9mm caliber pistol magazines, two

24   5.7x8mm pistol magazines, one M1919 machinegun grip assembly, and one M1919 rifle

25   kit with barrel; knowing the same to be intended for exportation contrary to any law or

26   regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title

27   15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part

28   738.

1    All in violation of Title 18, United States Code, Section 554(a).

2

3                                                A TRUE BILL
                                                              /S/
4

5                                                _____
                                                FOREPERSON OF THE GRAND JURY
6                                                Dated: April 14, 2021

7    PAUL ANTHONY MARTIN
     Acting United States Attorney                      **REDACTED FOR**
8    District of Arizona                                **PUBLIC DISCLOSURE**

9              /S/

10   _____
     ANGELA W. WOOLRIDGE
11   Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28